IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON,

        Plaintiff,               No. CIV S-05-2498 MCE GGH P

    vs.

R. ROWLETT, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed January 31, 2006, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms, summons and copies of his complaint which are required to effect service on the defendants. In particular, the court ordered plaintiff to submit five copies of his complaint and a USM-285 form completed for each of the four defendants, i.e. Rowlett, Elias, Carroll and Moreno.

        On February 21, 2006, plaintiff submitted two USM-285 forms completed for defendants Rowlett and Moreno, the summons and two copies of his complaint

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within twenty days of the date of this order, plaintiff shall submit USM-285

forms completed for defendants Elias and Carroll and three copies of the complaint;

      2. The Clerk of the Court is directed to send plaintiff two USM-285 forms.

DATED: 3/3/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
jack2498.8f