IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON,

      Plaintiff,                      No. CIV S-05-2498 MCE GGH P

   vs.

R. ROWLETT, et al.,

      Defendants.         ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed January 31, 206, the United States Marshal was directed to serve process on defendants in this action, including Lieutenant R. Rowlett.  On April 20, 2006, the United States Marshal returned service unexecuted on Lieutenant R. Rowlett because said individual is deceased.  In light of the suggestion of Lieutenant R. Rowlett death upon the record, the Clerk of the Court will be directed to serve a copy of the USM-285 form returned by the Marshal on plaintiff together with a copy of this order.  Service of said form will invoke the ninety-day time limit for filing a motion for substitution pursuant to Federal Rule of Civil Procedure 25(a)(1).

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall serve on plaintiff forthwith a copy of the USM-285 form returned by the United States Marshal on April 20, 2006 together with this order;

2. Plaintiff is granted ninety days from the date of this order to file a motion for substitution regarding defendant Rowlett.

DATED: 5/30/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
jack2498.deathdft