IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FRED LEON JACKSON,** | 2:05-cv-2498 MCE GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **R. ROWLETT, et al.,** | |
| Defendants. | |

Defendants' Request for an Extension of Time to respond to Plaintiff's Complaint was considered by the Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants Moreno and Carroll have to and including July 13, 2006, to file a responsive pleading to Plaintiff's Complaint.

DATED: 7/5/06

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

jack2498.eot(2)