IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FRED LEON JACKSON,** | 2:05-cv-2498 MCE GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **R. ROWLETT, et al.,** | |
| Defendants. | |

Defendant Elias' Request for an Extension of Time to respond to Plaintiff's Complaint was considered by the Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Elias has to and including July 13, 2006, to file a responsive pleading to Plaintiff's Complaint.

DATED: 7/5/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

jack2498.eot.wpd
SA2006301650

*Order re Defendant Elias Request*
*for Extension of Time to Respond to Plaintiff's Complaint*

1