1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FRED LEON JACKSON,

11            Plaintiff,                   No. CIV S-05-2498 MCE GGH P

12       vs.

13   R. ROWLETT, et al.,

14            Defendant.                   ORDER

15   _____/

16            On July 11, 2006, defendants filed a motion for protective order staying discovery.

17   Defendants argue that because they may file a motion to dismiss, discovery should be stayed.  On

18   July 13, 2006, defendants filed an answer.

19            Accordingly, IT IS HEREBY ORDERED that defendants' July 11, 2006, motion

20   for a protective order is denied.

21   DATED:  7/28/06

22                                         /s/ Gregory G. Hollows
                                           _____
23                                         GREGORY G. HOLLOWS
                                           UNITED STATES MAGISTRATE JUDGE
     ggh:kj
24   jack2498.den

25

26

                                                1