IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON,

      Plaintiff,                      No. CIV S-05-2498 MCE GGH P

    vs.

R. ROWLETT, et al.,

      Defendants.            ORDER

_____/

        Plaintiff has requested an extension of time to file an opposition to defendants' motion for a protective order. On July 28, 2006, the court denied defendants' motion for protective order.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 24, 2006, motion for an extension of time is denied as unnecessary.

DATED: 8/2/06

                                     /s/ Gregory G. Hollows

                                     GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE

GGH:bb
jack2498.36