IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON,

    Plaintiff,　　　　　　　　　　No. CIV S-05-2498 MCE GGH P

    vs.

R. ROWLETT, et al.,

    Defendants.　　　　　　　　　ORDER

_____/

    The first request of defendants Moreno and Carroll for an extension of time to respond to plaintiff's first set of interrogatories was considered by this court, and good cause appearing,

    IT IS HEREBY ORDERED that defendants have to and including August 29, 2006, within which to serve their responses to plaintiff's first set of interrogatories.

DATED: 8/14/06

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

ggh:kj
jack2498.eot(int)

1