IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON,

     Plaintiff,                    No. CIV S-05-2498 MCE GGH P

   vs.

R. ROWLETT, et al.,

     Defendants.          <u>ORDER</u>

_____/

         On August 8, 2006, the court granted plaintiff sixty days to provide information regarding the address for service of defendant Rowlett's estate. On October 4, 2006, plaintiff filed a motion for an extension of time to respond to this order.

         Good cause appearing, IT IS HEREBY ORDERED that:

         1. Plaintiff's October 4, 2006, motion for extension of time is granted;

         2. Plaintiff is granted thirty days from the date of this order to provide information regarding the address for service of defendant Rowlett's estate. **No further extensions will be granted.**

DATED: 11/2/06                       /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

jack2498.eot

1