1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

SACRAMENTO DIVISION

11

12   **FRED LEON JACKSON,**                    2:05-cv-2498 MCE GGH P

13                                  Plaintiff,   **ORDER GRANTING
                                                  DEFENDANTS' REQUEST FOR**
14        **v.**                                 **EXTENSION OF TIME TO REPLY
                                                  TO PLAINTIFF'S MOTION TO**
15   **R. ROWLETT, et al.,**                     **COMPEL DISCOVERY**

16                                 Defendants.

17

18        The request of Defendants Moreno and Carroll for an extension of time to file and

19   serve a response to Plaintiff's motion to compel discovery was considered by this Court and,

20   good cause appearing,

21        **IT IS HEREBY ORDERED** that Defendants Moreno and Carroll shall have one

22   week, to and including November 13, 2006, in which to file a response to Plaintiff's motion to

23   compel discovery.

24   DATED:   11/13/06

                                        /s/ Gregory G. Hollows
25
                                        _____
26                                      UNITED STATES MAGISTRATE JUDGE

27   jack2498.eot(3)

28

                                        1