IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON,

        Plaintiff,                      No. CIV S-05-2498 MCE GGH P

    vs.

R. ROWLETT, et al.,

        Defendants.        ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed January 31, 2006, the United States Marshal was directed to serve process on defendants in this action, including Lieutenant R. Rowlett. On April 20, 2006, the United States Marshal returned service unexecuted on Lieutenant R. Rowlett because said individual is deceased.

        On August 8, 2006, the court granted plaintiff sixty days to provide the court with information regarding the address for service of defendant Rowlett's estate. On November 3, 2006, the court granted plaintiff an additional thirty days to provide this information.

        On December 7, 2006, plaintiff filed a notice of address of defendant Rowlett's estate. Accordingly, the court will send plaintiff the forms necessary to effect service of defendant's estate.

1   IT IS HEREBY ORDERED that:

2   1. The Clerk of the Court shall send plaintiff 1 USM-285 forms, one summons,

3   an instruction sheet and a copy of the complaint filed December 9, 2005.

4   2. Within thirty days from the date of this order, plaintiff shall complete the

5   attached Notice of Submission of Documents and submit the following documents to the court:

6       a. The completed Notice of Submission of Documents;

7       b. One completed summons;

8       c. One completed USM-285 form for defendant Rowlett's estate listed in

9       number 3 above; and

10       d. Two copies of the endorsed complaint filed December 9, 2005.

11   3. Plaintiff need not attempt service on defendants and need not request waiver of

12   service.  Upon receipt of the above-described documents, the court will direct the United States

13   Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

14   without payment of costs.

15   DATED: 12/22/06                                        /s/ Gregory G. Hollows

16                                                  GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE

17

jack2498.row

18

19

20

21

22

23

24

25

26

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON,

      Plaintiff,

vs.

R. ROWLETT, et al.,

      Defendants.

/

No. CIV S-05-2498 MCE GGH P

NOTICE OF SUBMISSION
OF DOCUMENTS

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

\_\_\_\_\_ completed summons form

\_\_\_\_\_ completed USM-285 forms

\_\_\_\_\_ copies of the _____
                Complaint/Amended Complaint

DATED:

_____
Plaintiff