IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON,

      Plaintiff,                      No. CIV S-05-2498 MCE GGH P

   vs.

R. ROWLETT, et al.,

      Defendants.                <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        By order filed January 31, 2006, the United States Marshal was directed to serve process on defendants in this action, including Lieutenant Rowlett. On April 20, 2006, the United States Marshal returned service unexecuted on Lieutenant Rowlett because said individual is deceased.

        On August 8, 2006, the court granted plaintiff sixty days to provide the court with information regarding the address for service of defendant Rowlett's estate. On November 3, 2006, the court granted plaintiff an additional thirty days to provide this information.

        On December 7, 2006, plaintiff filed a notice of address for defendant Rowlett's estate. According to plaintiff, defendant Rowlett's estate could be served at the Office of the California Department of Corrections. On December 12, 2006, the court sent plaintiff the forms necessary to effect service of defendant Rowlett's estate. On January 5, 2007, plaintiff returned

1

1  those documents and on January 26, 2007, the court ordered the U.S. Marshal to attempt service
2  of defendant Rowlett's estate.
3        On May 22, 2007, service of defendant Rowlett's estate was returned unexecuted.
4  According to the information on the returned USM-285 form, the California Department of
5  Corrections is unable to accept service for defendant Rowlett's estate.
6        For the reasons discussed above, the court finds that defendant Rowlett's estate
7  cannot be served.  There is no good cause to grant plaintiff additional opportunity to attempt to
8  effect service of defendant Rowlett's estate.
9        Accordingly, IT IS HEREBY RECOMMENDED that the claims against
10  defendant Rowlett be dismissed.
11        These findings and recommendations are submitted to the United States District
12  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
13  days after being served with these findings and recommendations, any party may file written
14  objections with the court and serve a copy on all parties.  Such a document should be captioned
15  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
16  shall be served and filed within ten days after service of the objections.  The parties are advised
17  that failure to file objections within the specified time may waive the right to appeal the District
18  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
19  DATED:  6/27/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

23  jack2498.57