IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON,

      Plaintiff,                        No. CIV S-05-2498 MCE GGH P

     vs.

R. ROWLETT, et al.,

      Defendants.               <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an opposition the to defendants' May 31, 2007 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 27, 2007 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to the defendants' May 31, 2007 motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 7/9/07                                  /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

GGH:bb
jack2498.36