IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON,

     Plaintiff,                    No. CIV S-05-2498 MCE GGH P

    vs.

R. ROWLETT, et al.,

     Defendant.                <u>ORDER</u>

_____/

        On August 16, 2007, defendants filed a motion to vacate the scheduling order. For the following reasons, this motion is granted.

        On May 31, 2007, defendants filed a summary judgment motion. The pretrial conference is set for September 21, 2007, and the jury trial is set for December 12, 2007, before the Honorable Morrison C. England. Because it is unlikely that defendants' motion will be resolved prior to these dates, the pretrial conference and jury trial are vacated.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' August 16, 2007, motion to vacate the scheduling order is granted;

/////

/////

/////

1

2. The pretrial conference set for September 21, 2007, is vacated; the parties are not required to file pretrial statements; the jury trial set for December 12, 2007, before the Honorable Morrison C. England is vacated; these dates will be re-set at a later time if appropriate.

DATED: 8/22/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

jack2498.vac