IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FRED LEON JACKSON,** | 2:05-cv-2498 MCE GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **R. ROWLETT, et al.,** | |
| Defendants. | |

On September 12, 2007, Defendants filed a motion for extension of time to file their reply brief in support of their motion for summary judgment. For good cause shown, Defendants are granted an extension of time, up to and including October 3, 2007, in which to file their reply brief.

Dated:  9/18/07

/s/ Gregory G. Hollows
―――――――――――――――――
U.S. Magistrate Judge

jack2498.eot(rpy)

1