IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON,

      Plaintiff,                                No. CIV S-05-2498 MCE GGH P

   vs.

R. ROWLETT, et al.,

      Defendants.                 <u>ORDER</u>

_____/

        On May 31, 2007, defendants filed a summary judgment motion. According to counsel, a courtesy copy of plaintiff's entire deposition transcript was submitted to the Court Clerk. <u>See</u> Local Rule 5-133(j). The court has searched its own records and cannot locate the copy of plaintiff's deposition transcript.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, defendants shall resubmit the copy of plaintiff's deposition transcript to the chambers of the undersigned.

DATED: 11/20/07                            /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

jack2498.ord

1