IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED LEON JACKSON, JR., | No. 05-cv-02498-MCE-GGH P |
| Plaintiff, | |
| vs. | ORDER |
| J. ELIAS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding in forma pauperis, sought relief pursuant to 42 U.S.C. § 1983. Judgment was entered in this action on February 20, 2008. On March 5, 2008, plaintiff filed a notice of appeal. On March 24, 2008, plaintiff filed a motion for leave to proceed in forma pauperis on appeal.

The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

///

///

1

1  Fed. R. App. P. 24(a).  This court has not certified that plaintiff's appeal is not taken in good
2  faith and has not otherwise found that plaintiff is not entitled to proceed on appeal in forma
3  pauperis.  Accordingly, plaintiff's motion for leave to proceed in forma pauperis on appeal will
4  be denied as unnecessary.
5       In accordance with the above, IT IS HEREBY ORDERED that plaintiff's March 24,
6  2008, motion to proceed in forma pauperis on appeal is denied as unnecessary.  See Fed. R. App.
7  P. 24(a).

Dated:  April 10, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE